IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY J. SMITH | ) |
| | ) |
| v. | ) NO. 3-13-0117 |
| | ) JUDGE CAMPBELL |
| BANK OF AMERICA, N.A. | ) |

ORDER

Pending before the Court is Defendant's Amended Motion to Dismiss (Docket No.18). For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE